1  Marion I. Quesenbery, Cal. SBN 072308
   RYNN & JANOWSKY, LLP
2  P.O. Box 20799
   Oakland, CA  94620
3  Telephone:    (510) 705-8894
   Facsimile:     (510) 705-8737
4  E-mail:  marion@rjlaw.com

5  Attorneys for Plaintiffs
   Fresh Start Advantage, Inc. and
6  Fresh Kist Produce, LLC

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

| | |
|---|---|
| FRESH START ADVANTAGE, INC., a corporation; and FRESH KIST PRODUCE, LLC, a limited liability company,<br><br>                    Plaintiffs,<br><br>v.<br><br>JOHN D. TAMAGNI, an individual, and ROBERT ELLIOTT, an individual,<br><br>                    Defendants. | CASE NO. C 08-03697 JSW<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT – REQUEST TO CONTINUE CMC AND ORDER THEREON**<br>**CMC Date:  November 7, 2008**<br>**CMC Time: 1:30 p.m.**<br>**CMC Place: Ctrm. 2, 17th Floor**<br>**          San Francisco** |

        Plaintiffs Fresh Start Advantage, Inc. and Fresh Kist Produce, LLC respectfully request

that the Case Management Conference and the associated dates be continued for an additional 45

to 60 days.  Although Plaintiffs had intended to file a Motion for Default Judgment, Defendants

retained new counsel who requested that Plaintiffs stipulate to the lifting of the default that was

previously filed.   Plaintiffs have agreed to do so, and Plaintiffs' counsel will forward the

stipulation to Defendants' new counsel today for signature.  It will be filed shortly.

CMC Statement & Request to Continue CMC – Case No. C 08-03697 JSW – Page 1

1       Although Plaintiffs counsel and Defendants' new attorney have discussed settlement of

2 this action, it does not appear that any agreement will be reached at this time. Consequently,

3 Plaintiffs respectfully request that the Case Management Conference be continued for 45 to 60

4 days to allow Defendants time to respond to the Complaint and the parties to discuss and file a

5 Case Management Conference Statement.

6       I declare under penalty of perjury under the laws of the United States that the foregoing is

7 true and correct.

8 Date: November 3, 2008           RYNN & JANOWSKY, LLP

9

10           By:   /s/ Marion I. Quesenbery
                  MARION I. QUESENBERY

11                   Attorneys for Plaintiffs

12

13       **IT IS SO ORDERED. The Case Management Conference is continued to**

January 9, 2009 **2008, at** 1:30 **p.m., in Courtroom 2, 17th Floor, San Francisco.**

14

15 Date: November 6, 2008

16 _____
      U.S. DISTRICT COURT JUDGE

17

18

19

20

21

22

CMC Statement & Request to Continue CMC – Case No. C 08-03697 JSW – Page 2