Marion I. Quesenbery, Cal. SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com

Attorneys for Plaintiffs
Fresh Start Advantage, Inc. and
Fresh Kist Produce, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FRESH START ADVANTAGE, INC., a corporation; and FRESH KIST PRODUCE, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN D. TAMAGNI, an individual, and ROBERT ELLIOTT, an individual,<br><br>Defendants. | CASE NO. C 08-03697 JSW<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT – REQUEST TO CONTINUE CMC AND ORDER THEREON**<br>**CMC Date: January 9, 2009**<br>**CMC Time: 1:30 p.m.**<br>**CMC Place: Ctrm. 2, 17th Floor**<br>     **San Francisco** |

     Plaintiffs Fresh Start Advantage, Inc. and Fresh Kist Produce, LLC and Defendants John D. Tamagni and Robert Elliott respectfully request that the Case Management Conference and the associated dates be continued for an additional 90 days. Defendants just filed their Answer to the Complaint on December 9, 2008, after they retained new counsel. Plaintiffs' counsel and Defendants' new attorney have discussed settlement of this action on several occasions, but are still unable to resolve the dispute. They have also discussed the appropriate ADR process and

CMC Statement & Request to Continue CMC – Case No. C 08-03697 JSW – Page 1

1 have agreed on mediation. They expect to file with the Court a Stipulation to mediation very
2 shortly.
3       In addition, on Friday, January 2, 2009, counsel for Defendants learned from his
4 physician (Dr. Wendell Yee; 831-424-2866) that he would have to undergo an angiogram on
5 Thursday, January 8, 2009, which could turn into an angioplasty, depending upon what the
6 angiogram uncovers. Consequently, he will be unable to attend the Case Management Conference currently scheduled for January 9, 2009.
7       In sum, Plaintiffs and Defendants respectfully request that the Case Management
8 Conference be continued for 90 days to allow Defendants and Plaintiffs to mediate this dispute,
9 and – if necessary – to draft a discovery plan and to complete initial disclosures.
10       I declare under penalty of perjury under the laws of the United States that the foregoing is
11 true and correct.

12 Date: January 5, 2009      RYNN & JANOWSKY, LLP

13

14       By:  /s/ Marion I. Quesenbery
           MARION I. QUESENBERY
15            Attorneys for Plaintiffs

16 Date: January 5, 2009      LAW OFFICE OF CLYDE C. PEARCE

17

18       By:  _____
           CLYDE C. PEARCE
19            Attorney for Defendants

20

21

22

have agreed on mediation. They expect to file with the Court a Stipulation to mediation very shortly.

In addition, on Friday, January 2, 2009, counsel for Defendants learned from his physician (Dr. Wendell Yee; 831-424-2866) that he would have to undergo an angiogram on Thursday, January 8, 2009, which could turn into an angioplasty, depending upon what the angiogram uncovers. Consequently, he will be unable to attend the Case Management Conference currently scheduled for January 9, 2009.

In sum, Plaintiffs and Defendants respectfully request that the Case Management Conference be continued for 90 days to allow Defendants and Plaintiffs to mediate this dispute, and – if necessary – to draft a discovery plan and to complete initial disclosures.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: January 5, 2009  RYNN & JANOWSKY, LLP

By: /s/ Marion I. Quesenbery
MARION I. QUESENBERY
Attorneys for Plaintiffs

Date: January 5, 2009  LAW OFFICE OF CLYDE C. PEARCE

By: [signature]
CLYDE C. PEARCE
Attorney for Defendants

CMC Statement & Request to Continue CMC – Case No. C 08-03697 JSW – Page 2

1  **IT IS SO ORDERED.** The Case Management Conference is continued to
2  __April 24,_____**2009, at** __1:30_____ **p.m., in Courtroom 2, 17th Floor, San Francisco.**

3
4  Date: January 5__, 2009
          _____
5                    U.S. DISTRICT COURT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

CMC Statement & Request to Continue CMC – Case No. C 08-03697 JSW – Page 3