

1  Clyde C. Pearce, Esq. (SBN 159786)
   Law Offices of Clyde C. Pearce
2  144 West Gabilan Street
3  Salinas, CA  93901
   Telephone:  (831) 754-4400
4  Facsimile:   (831) 754-1201

5  Attorney for Defendants JOHN D. TAMAGNI and ROBERT ELLIOTT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESH START ADVANTAGE, INC, a corporation; FRESH KIST PRODUCE, LLC, a limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JOHN D. TAMAGNI, an individual, and ROBERT ELLIOTT, an individual.<br><br>　　　　　　Defendants. | **Case No.: CO8-03697 JSW**<br><br>**STIPULATION FOR CHANGE OF VENUE AND PROPOSED ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs FRESH START ADVANTAGE, INC. and FRESH KIST PRODUCE, LLC and Defendants JOHN D. TAMAGNI and ROBERT ELLIOTT, and their respective counsel of record, that in accord with Civil Local Rules 3-2(c)(e), the above-captioned case is hereby transferred to the United States District Court, Northern Division of California, San Jose Division.  The clerk of this court is hereby authorized to transfer all of the pleadings and papers herein to the clerk of that court.

*(Signatures continued on next page)*

STIPULATION FOR CHANGE OF VENUE/ *FRESH START  ADVANTAGE, et al. v. JOHN D. TAMAGNI, et al./Case No. CO8-03697 JSW*　　1

| | | |
|---|---|---|
| 1 | Dated: December 18, 2008 | RYNN & JANOWSKY, LLP |
| 2 | | |
| 3 | | By: _____s/s Marion Quesenbery_____ |
| 4 | | Marion J. Quesenbery, Attorneys for Plaintiffs FRESH START |
| 5 | | PRODUCE, INC., and FRESH KIST PRODUCE, LLC |
| 6 | Dated: December 22, 2008 | LAW OFFICES OF CLYDE C. PEARCE |
| 7 | | |
| 8 | | |
| 9 | | By:_____s/s Clyde C. Pearce_____ Clyde C. Pearce, Attorney |
| 10 | | for Defendants JOHN D. TAMAGNI and ROBERT ELLIOTT |

**ORDER**

**IT IS SO ORDERED** that the above-captioned action is hereby transferred to the United States District Court, Northern Division of California, San Jose Division. The clerk of this court is authorized to transfer all of the pleadings and papers herein to the clerk of that court.

Dated: January 7, 2009

_____/s/ Jeffrey S. White_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION FOR CHANGE OF VENUE/ *FRESH START ADVANTAGE, et al. v. JOHN D. TAMAGNI, et al./*Case No. CO8-03697 JSW     2