1  Marion I. Quesenbery, Cal. SBN 072308
   RYNN & JANOWSKY, LLP
2  P.O. Box 20799
   Oakland, CA  94620
3  Telephone:    (510) 705-8894
   Facsimile:    (510) 705-8737
4  E-mail:  marion@rjlaw.com

*E-FILED - 6/11/09*

5  Attorneys for Plaintiffs
   Fresh Start Advantage, Inc. and
6  Fresh Kist Produce, LLC

7

8  UNITED STATES DISTRICT COURT

   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  SAN JOSE DIVISION

10

| | |
|---|---|
| FRESH START ADVANTAGE, INC., a corporation; and FRESH KIST PRODUCE, LLC, a limited liability company,<br><br>                    Plaintiffs,<br><br>v.<br><br>JOHN D. TAMAGNI, an individual, and ROBERT ELLIOTT, an individual,<br><br>                    Defendants. | CASE NO. C 08-03697 RMW<br><br>**ORDER TO CONTINUE CMC**<br><br>**CMC Date:  June 12, 2009**<br>**CMC Time: 10:30 a.m.**<br>**CMC Place: Ctrm. 6, 4th Floor**<br>                    **280 S. First St., San Jose** |

Plaintiffs Fresh Start Advantage, Inc. and Fresh Kist Produce, LLC and Defendants John D. Tamagni and Robert Elliott respectfully request that the Case Management Conference and the associated dates be continued for 60 days.

The parties requested that the matter be sent to mediation, and the mediation session is now set for June 30, 2008, before mediator Suzanne K. Nusbaum.

CMC Statement & Request to Continue CMC – Case No. C 08-03697 RMW – Page 1

1   In sum, Plaintiffs and Defendants respectfully request that the Case Management
2   Conference be continued for 60 days to allow Defendants and Plaintiffs to mediate – and
3   hopefully resolve – this dispute.

4   I declare under penalty of perjury under the laws of the United States that the
5   foregoing is true and correct.

6   Date: June 5, 2009           RYNN & JANOWSKY, LLP

7

8                                By:    /s/  Marion I. Quesenbery
                                        MARION I. QUESENBERY
9                                       Attorneys for Plaintiffs

10  Date: June 5, 2009           LAW OFFICE OF CLYDE C. PEARCE

11

12                               By:    /s/  Clyde C. Pearce
                                        CLYDE C. PEARCE
13                                      Attorney for Defendants

14

15

16

17

18

19

20

21

22

1    **IT IS SO ORDERED.** The Case Management Conference is continued to
2    _____August 28,_____ **2009, at** _10:30 a.m._ **, in Courtroom 6, 4th Floor, San Jose,**
3    **California.**

4    Date:  June 11, 2009

_____
U.S. DISTRICT COURT JUDGE