Marion I. Quesenbery, Cal. SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:   (510) 705-8894
Facsimile:    (510) 705-8737
E-mail:  marion@rjlaw.com

*E-FILED - 8/25/09*

Attorneys for Plaintiffs
Fresh Start Advantage, Inc. and
Fresh Kist Produce, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESH START ADVANTAGE, INC., a corporation; and FRESH KIST PRODUCE, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN D. TAMAGNI, an individual, and ROBERT ELLIOTT, an individual,<br><br>Defendants. | CASE NO. C 08-03697 RMW<br><br>**STIPULATION & REQUEST TO EXTEND DEADLINE FOR ADR SESSION AND  ORDER** |

Plaintiffs Fresh Start Advantage, Inc. and Fresh Kist Produce, LLC and Defendants John D. Tamagni and Robert Elliott respectfully request that the Court extend the deadline to October 30, 2009 to hold an ADR session.  The parties wish to mediate this dispute and expect the mediation to be productive; however, the deadline for completing the mediation was on July 19, 2009.

Stipulation & Request to Extend Deadline for ADR – Case No. C 08-03697 RMW – Page 1

The parties are working with the Court's ADR staff to appoint a new mediator, after which they will promptly schedule a mediation session. They expect that the mediation will be completed by October 30, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: August 12, 2009                    RYNN & JANOWSKY, LLP


                                         By:    /s/ Marion I. Quesenbery
                                                MARION I. QUESENBERY
                                                Attorneys for Plaintiffs

Date: August 12, 2009                    LAW OFFICE OF CLYDE C. PEARCE


                                         By:    /s/ Clyde C. Pearce
                                                CLYDE C. PEARCE
                                                Attorney for Defendants


**IT IS SO ORDERED.** The deadline for the ADR session is extended to October 30, 2009.

Date: August 25, 2009                    _____
                                         U.S. DISTRICT COURT JUDGE

Stipulation & Request to Extend Deadline for ADR – Case No. C 08-03697 RMW – Page 2