1  Marion I. Quesenbery, Cal. SBN 072308
   RYNN & JANOWSKY, LLP
2  P.O. Box 20799
   Oakland, CA  94620
3  Telephone: (510) 705-8894
   Facsimile: (510) 705-8737
4  E-mail: marion@rjlaw.com

5  Attorneys for Plaintiffs                                    *E-FILED - 11/17/09*
   Fresh Start Advantage, Inc. and
6  Fresh Kist Produce, LLC

7

8                    UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 FRESH START ADVANTAGE, INC., a          CASE NO. C 08-03697 RMW
   corporation; and FRESH KIST
   PRODUCE, LLC, a limited liability       **STIPULATION FOR DISMISSAL
11 company,                                OF ENTIRE ACTION**
                                            AND ORDER
12              Plaintiffs,                 **[Fed. R. Civ. P. 41(a)(1)]**

13 v.

14 JOHN D. TAMAGNI, an individual, and
   ROBERT ELLIOTT, an individual,
15
                Defendants.
16

17     Plaintiffs Fresh Start Advantage, Inc. and Fresh Kist Produce, LLC and

18 Defendants John D. Tamagni and Robert Elliott stipulate and agree through their

19 respective counsel that the above-entitled action may be dismissed in its entirety (with

20

21

22

Stipulation for Dismissal of Action &  Order – Case No. C 08-03697 RMW – Page 1

1    prejudice), with each party to bear its own costs and attorneys fees.

2    Date: October 15, 2009          RYNN & JANOWSKY, LLP

3

4                                    By:    /s/ Marion I. Quesenbery
                                            MARION I. QUESENBERY
5                                           Attorneys for Plaintiffs

6    Date: October 15, 2009          LAW OFFICE OF CLYDE C. PEARCE

7

8                                    By:    _____
                                            CLYDE C. PEARCE
9                                           Law Office of Clyde C. Pearce
                                            144 W. Gabilan Street
10                                          Salinas, CA 93901
                                            Attorneys for Defendants
11

12

13          **IT IS SO ORDERED.**  This action is hereby dismissed in its entirety, with each

14   party to bear its own costs and attorneys fees.

15          Date: XXXXX 17, 2009
                  November
16                                          _____
                                            U.S. DISTRICT COURT JUDGE

17

18

19

20

21

22

Stipulation for Dismissal of Action & XXXXX Order – Case No. C 08-03697 RMW – Page 2